Commonwealth *v.* Hutchings, Appellant.

Before Rosenwald, J.

Submitted March 26, 1974. *Joseph Alessandroni, Jr.*, for appellant; *Albert L. Becker* and *David Richman*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.